FILED
 2018 Apr-18  PM 12:08
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **STERLEN RAMSEY,** | ] |
| **Plaintiff,** | ] |
| VS. | ] **CIVIL ACTION NO.** |
| | ] **4:17-CV-1297 KOB** |
| **TRUEACCORD CORP., and** | ] |
| **CASCADE CAPITAL, LLC.,** | ] |
| **Defendants.** | ] |

## **O R D E R**

This cause comes before the court upon the "Joint Stipulation of Dismissal." (Doc. 32). Upon consideration thereof, the court ORDERS that this case be, and the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, each party to bear his or its own costs.

**DONE** and **ORDERED** this 18th day of April, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE